UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONNA E. COSTON                   JURY TRIAL DEMANDED

v.                                         CASE NO. 3:09CV

ACCOUNTS RECEIVABLE MANAGEMENT, INC

## **COMPLAINT**

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant regularly engages in collection of consumer debts from individuals.

6. Defendant engaged in efforts to collect from plaintiff a personal HSBC account.

7. On December 29, 2008, defendant sent plaintiff a letter which stated that the Total Due was $645.00

8. On January 28, 2009, defendant sent plaintiff a letter which stated that the Total Due was $661.35

9. The December letter did not accurately state the amount of the debt as required by §1692g(a)(1). Miller v. McCalla, Raymer, Padrick, Cobb, Nichols & Clark, L.L.C., 214 F.3d 872, 875-76 (7th Cir. 2000).

10. In the course of the collection, defendant violated §1692e, -f(1) or -g.

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a)  That judgment be entered against Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k;

(b)  That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f)  That the Court grant such other and further relief as may be just and proper.

PLAINTIFF,

BY    /s/ Joanne S. Faulkner
        Joanne S. Faulkner ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net